FILED

2008 MAY 21 PM 3:24

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08 CR 1628 BEN |
| Plaintiff, | **I N D I C T M E N T** |
| v. | Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation; Title 18, U.S.C., Sec. 1546(a) - Fraud and Misuse of Entry Document |
| JOSE MARCOS TAPETE-GONZALEZ, aka Jaime Martinez-Gonzalez, | |
| Defendant. | |

The grand jury charges:

Count 1

On or about April 25, 2008, within the Southern District of California, defendant JOSE MARCOS TAPETE-GONZALEZ, aka Jaime Martinez-Gonzalez, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that was a substantial

//

WMC:em:San Diego
5/20/08

step toward committing the offense, all in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant JOSE MARCOS TAPETE-GONZALEZ, aka Jaime Martinez-Gonzalez, was removed from the United States subsequent to October 19, 2005.

## Count 2

On or about April 25, 2008, within the Southern District of California, defendant JOSE MARCOS TAPETE-GONZALEZ, aka Jaime Martinez-Gonzalez, when applying for entry into the United States at the San Ysidro Port of Entry, California, did knowingly use, attempt to use, utter, and possess a document prescribed by statute or regulation for entry into the United States, namely, a DSP-150, Border Crosser Card, bearing the name of Miguel Angel Moreno Valdez, knowing it to have been unlawfully obtained, in order to gain admission into the United States; in violation of Title 18, United States Code, Section 1546(a).

DATED: May 21, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JAMES P. MELENDRES
Assistant U.S. Attorney