| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | WILLIAM A. HALL, JR. |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 253403 |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7046/(619) 235-2757 (Fax) |
|   | Email: william.a.hall@usdoj.gov |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1628-BEN |
| | ) | |
| Plaintiff, | ) | DATE: June 30, 2008 |
| | ) | TIME: 2:00 p.m. |
| v. | ) | Before Honorable Roger T. Benitez |
| | ) | |
| JOSE MARCOS TAPETE-GONZALEZ, | ) | UNITED STATES' MOTION FOR |
| | ) | FINGERPRINT EXEMPLARS AND |
| Defendant(s). | ) | RECIPROCAL DISCOVERY |
| | ) | |
| | ) | TOGETHER WITH STATEMENT OF |
| | ) | FACTS AND MEMORANDUM OF |
| | ) | POINTS AND AUTHORITIES |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and William A. Hall, Jr., Assistant U.S. Attorney, and hereby files its Motion for Fingerprint Exemplars and Reciprocal Discovery in the above-referenced case. Said motions are based upon the files and records of this case together with the attached statement of facts and memorandum of points and authorities.

//

//

//

//

1
2       DATED: June 16, 2008.
3                                               Respectfully submitted,
4                                               KAREN P. HEWITT
                                                United States Attorney
5
6                                               s/ William A. Hall, Jr.
                                                WILLIAM A. HALL, JR.
7                                               Assistant United States Attorney
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                                      2                           08CR1628-BEN

KAREN P. HEWITT
United States Attorney
WILLIAM A. HALL, JR.
Assistant U.S. Attorney
California State Bar No. 253403
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7046/(619) 235-2757 (Fax)
Email: william.a.hall@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR1628-BEN |
| Plaintiff, | DATE:    June 30, 2008<br>TIME:    2:00 p.m. |
| v. | Before Honorable Roger T. Benitez |
| JOSE MARCOS TAPETE-GONZALEZ, | UNITED STATES' STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES |
| Defendant(s). | |

**I**

**STATEMENT OF THE CASE**

The Defendant, Jose Marcos Tapete-Gonzalez (hereinafter "Defendant"), was charged by a grand jury on May 21, 2008, with violating 8 U.S.C. §§ 1326(a) and (b), attempted entry after deportation, and 18 U.S.C. § 1546(a), fraud and misuse of an entry document. Defendant was arraigned on the Indictment on May 27, 2008, and entered a plea of not guilty.

**II**

**STATEMENT OF FACTS**

Defendant was apprehended on April 25, 2008, by Customs and Border Protection ("CBP") Officers at the San Ysidro, California Port of Entry. There, at approximately 12:00 p.m. that

afternoon, Defendant made application for admission into the United States via the pedestrian inspection lane. During primary inspection before a United States Customs and Border Protection ("CBP") Officer, Defendant presented a Border Crossing Card (DSP-150) in the name of another person, namely, Miguel Angel Moreno Valdez. When asked, Defendant provided a different date of birth than that on the card. Suspecting that Defendant was an imposter to the document presented, the CBP Officer referred Defendant to secondary for a more thorough inspection.

At secondary inspection, CBP Officers used Defendant's fingerprints to perform a computerized check of Defendant's criminal and immigration history, revealing him to be a previously deported criminal alien.

**B.  DEFENDANT'S CRIMINAL AND IMMIGRATION HISTORY**

Preliminary criminal history reports show that Defendant has several felony convictions in California. Defendant was convicted in 1992 in Los Angeles of two separate counts of Grand Theft Auto, in violation of Cal. PC § 487H(a); he was sentenced to eight months and two years incarceration, respectively, on the two counts. Defendant was convicted in 1997 in Los Angeles of Assault With a Firearm, in violation of Cal. PC § 245(a)(2); he was sentenced to five years incarceration. Defendant was convicted in 2005 in Los Angeles of Possession of a Controlled Substance, in violation of Cal. HS § 11377(a), and Evading a Police Officer, in violation of Cal. VC § 2800.2(A); he was sentenced to four years incarceration. Defendant was also convicted of misdemeanor grand theft in 1988, and misdemeanor burglary in 1990 and 1991.

Defendant's was last removed to Mexico on April 17, 2008.

**III**

**UNITED STATES' MOTIONS**

**A.  FINGERPRINT EXEMPLARS**

The United States requests that the Court order that Defendant make himself available for fingerprinting by the United States' fingerprint expert. See United States v. Ortiz-Hernandez, 427 F.3d 567, 576-77 (9th Cir. 2005) (government may have defendant fingerprinted and use criminal

1  and immigration records in Section 1326 prosecution). Defendant's fingerprints are not testimonial
2  evidence. See Schmerber v. California, 384 U.S. 757 (1966). Using identifying physical
3  characteristics, such as fingerprints, does not violate Defendant's Fifth Amendment right against
4  self-incrimination. United States v. DePalma, 414 F.2d 394, 397 (9th Cir. 1969); see also United
5  States v. St. Onge, 676 F. Supp. 1041, 1043 (D. Mont. 1987).

**B.     RECIPROCAL DISCOVERY**

To date, the United States has provided Defendant with 43 pages of discovery, including reports of his arrest, his rap sheet, and copies of immigration and conviction documents, and one DVD. The government moves the Court to order Defendant to provide all reciprocal discovery to which the United States is entitled under Rules 16(b) and 26.2. Rule 16(b)(2) requires Defendant to disclose to the United States all exhibits and documents which Defendant "intends to introduce as evidence in chief at the trial" and a written summary of the names, anticipated testimony, and bases for opinions of experts the defendant intends to call at trial under Rules 702, 703, and 705 of the Federal Rules of Evidence.

**V**

**CONCLUSION**

For the foregoing reasons, the government respectfully requests that its motions be granted..

DATED: June 16, 2008.

                              Respectfully submitted,

                              KAREN P. HEWITT
                              United States Attorney

                              s/ William A. Hall, Jr.
                              WILLIAM A. HALL, JR.
                              Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JOSE MARCOS TAPETE-GONZALEZ,<br><br>Defendant(s). | Case No. 08CR1628-BEN<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

    I, WILLIAM A. HALL, JR., am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of UNITED STATES' MOTION FOR FINGERPRINT EXEMPLARS AND RECIPROCAL DISCOVERY on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    1. Sara M. Peloquin, Esq.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on June 16, 2008.

                                              s/ William A. Hall, Jr.
                                              WILLIAM A. HALL, JR.